UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL BELL, ALBERT COTTELL,

    Plaintiffs,

    v.

CARTER INDUSTRIES, INC., a California corporation, ADRIAN STEEL COMPANY,

    Defendants.
_____/

No. C 05-3811 PJH

**NOTICE AND ORDER VACATING HEARING DATE**

TO ALL PARTIES AND COUNSEL OF RECORD:

No opposition having been received, the date for the hearing on Plaintiff's Motion for Substitution of Deceased's Successor in Interest and Legal Representative, which was previously set for January 4, 2006, at 9:00 a.m., has been VACATED. The matter will be decided on the papers.

Dated: December 15, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge