# UNITED STATES DISTRICT COURT
## DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Daniel Bell, Albert Cottell<br>v.<br>Carter Industries, Inc. et.al. | Plaintiff(s)<br><br>Defendant(s) | **CASE NUMBER:**<br>C05 03811 PJH<br><br>**SUBSTITUTION OF ATTORNEY** |

Daniel Bell _____  [X] Plaintiff [ ] Defendant [ ] Other _____
*Name of Party*

hereby substitutes  Law Offices Of Jeremy Pasternak _____ who is

[X] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per   445 Bush Street, 6th Floor
                                                                  *Street Address*

San Francisco, CA 94108       415-693-0300        415-693-0393         181618
*City, State, Zip Code*       *Telephone Number*  *Facsimile Number*   *State Bar Number*

as attorney of record in the place and stead of   Law Offices of Lucius A. Cooper
                                                  *Present Attorney*

Dated: December 25, 2005                          /s/ Daniel J Bell
                                                  *Signature of Party*

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: 11-18-05                                   /s/ Beth W. Mora
                                                  *Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: 12/31/06                                   /s/ [signature]
                                                  *Signature of New Attorney*

Substitution of Attorney is hereby  [X] Approved.  [ ] Denied.

Dated: 1/10/06                                    /s/ PJH
                                                  United States District Judge / ~~Magistrate Judge~~

**NOTICE TO COUNSEL:** *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*