1   PETER L. SIMON (Bar No. 178393)
    STEVEN J. BLEASDELL (Bar No. 191522
2   BEYERS | COSTIN
    200 Fourth Street, Ste. 400
3   Post Office Box 878
    Santa Rosa, California  95402-0878
4   Telephone:  (707) 547-2000
    Facsimile:  (707) 526-3672
5
    Attorneys for Defendants
6   Carter Industries, Inc. and Adrian Steel Company

7

8   JEREMY PASTERNAK (Bar No. 181618)
    LAW OFFICES OF JEREMY PASTERNAK
9   445 Bush Street, 6th Floor
    San Francisco, CA 94108
10  Telephone:  (415) 693-0300
    Facsimile:   (415) 693-0393
11
    Attorney for Plaintiffs
12  Daniel Bell and Albert Cottell

13

14                  UNITED STATES DISTRICT COURT

15      NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

16  DANIEL BELL, ALBERT COTTELL,              CASE NO. C 05-3811 PJH

17                        Plaintiffs,          **STIPULATION TO CONTINUE CASE
                                               MANAGEMENT CONFERENCE AND**
18          vs.                                **[PROPOSED] ORDER**

19  CARTER INDUSTRIES, INC., a California
    corporation, ADRIAN STEEL COMPANY, a
20  business entity of unknown form, and Does 1-50,

21                        Defendants.

22

23          There is currently a case management conference scheduled for January 19, 2006 in this

24  matter, with a joint case management conference statement and initial disclosures due on January 12,

25  2006.

26          The parties have discussed the need for additional time within with to prepare their initial

27  disclosures as well as the joint case management statement.  The parties therefore seek a brief

28  continuance of the case management conference and the corresponding deadlines for preparing initial

                                          1
    STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
    j\C:\DOCUMENTS AND SETTINGS\JPASTERNAK\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK3\STIP CMC (2).DOC

1   disclosures and filing a joint case management statement.  Good cause exists for the continuance as

2   one of the defendants is in Michigan and additional time is needed to gather the voluminous

3   documents comprising the initial disclosures.  In addition, defendants may seek to associate counsel

4   in Michigan *Pro Hac Vice*.  The parties have also been discussing possible resolution of this matter.

5   Therefore, the parties stipulate as follows:

6        1.     The Case Management Conference currently set for January 19, 2006 shall be

7   continued to February 9, 2006 at 2:30 p.m.

8        2.     The parties' last day to complete initial disclosures or state objections in Rule 26(f)

9   Reports and their last day to file a joint case management statement shall be at the Court's Discretion

10   [the parties propose February 2, 2006].

11       IT IS SO STIPULATED.

12

13   Dated:  January 12, 2006               BEYERS COSTIN

14                                  By:

15                                   PETER L. SIMON

16                                   Attorneys for Defendants
                                     CARTER INDUSTRIES, INC. and
                                   ADRIAN STEEL COMPANY

17

18   Dated:  January 12, 2006               LAW OFFICES OF JEREMY PASTERNAK

19

20                                   By:

21                                   JEREMY PASTERNAK
                                   Attorney for Plaintiffs
                                   DANIEL BELL and ALBERT COTTELL

22

23                                   **ORDER**

24

      Based on the stipulation of the parties, it is hereby ordered that the January 19, 2006 Case

25                               February 9, 2006
  Management Conference in this matter is continued to _____ at 2:30 p.m.  The parties

26   shall file a joint case management statement no later than _ February 2, 2006

27

28   Dated:  1/13/06 _____

                                  HONORABLE PHYLLIS J. HAMILTON