IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel Bell, Albert Cottell<br><br>Plaintiff,<br><br>v.<br><br>Carter Industries, Inc. et al<br><br>Defendant. | No. C  05 03811 PJH<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER SELECTING ADR PROCESS<br><br>ADR CERTIFICATION |

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration   ☒ ENE   ☐ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process:**

☐ Private ADR *(please identify process and provider)*

Dated: 2-15-06   _____
                 Attorney for Plaintiff

Dated: _____   _____
                    Attorney for Defendant

IT IS SO ORDERED:

Dated: 2/22/06   _____
                 UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION

G:\ADRALL\ADRPC3A.FRM                                                    REV. 5/00

# SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel.)*

Dated: February 1, 2006                 _____[signature]_____
                                        [Typed name and signature of plaintiff]
                                        DANIEL J. BELL

Dated: _____                  _____
                                        [Typed name and signature of counsel for plaintiff]

Dated: _____                  _____
                                        [Typed name and signature of defendant]

Dated: _____                  _____
                                        [Typed name and signature of counsel for defendant]

United States District Court
For the Northern District of California

NOTICE OF NEED FOR ADR PHONE CONFERENCE / ADR CERTIFICATION
Rev. 5/04
G:\ADRALL\ADRPCJB.FRM

2

| | |
|---|---|
| 1 | SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL |

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel.)*

Dated: 1-6-06    *Jeanne Cottell*
                 [Typed name and signature of plaintiff]

Dated: _____   _____
                    [Typed name and signature of counsel for plaintiff]

Dated: _____   _____
                    [Typed name and signature of defendant]

Dated: _____   _____
                    [Typed name and signature of counsel for defendant]