# UNITED STATES DISTRICT COURT
# DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Daniel Bell, Albert Cottell<br>v.<br>Carter Industries, Inc. et.al. | Plaintiff(s)<br><br>Defendant(s) | CASE NUMBER:<br>C05 03811 PJH<br><br>SUBSTITUTION OF ATTORNEY |

Daniel Bell
_____ Name of Party _____  [ ] Plaintiff  [ ] Defendant  [ ] Other _____

hereby substitutes __Daniel J Bell__ who is #1

[ ] Retained Counsel  [ ] Court Appointed Counsel  [X] Pro Per   6286 JOAQUIN MURIETA
                                                                NEWARK, CALIF 94560
__NEWARK CA 94560__  __510-5115___
City, State, Zip Code     Telephone Number    Facsimile Number            State Bar Number

as attorney of record in the place and stead of ___Law Offices of Jeremy Pasternak___
                                                           Present Attorney

Dated: __April 5, 2006__                  __Daniel J Bell__
                                          Signature of Party

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: __3/31/06__                        __[signature]__
                                          Signature of Present Attorney

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: _____                    _____
                                          Signature of New Attorney

Substitution of Attorney is hereby  [X] Approved.  [ ] Denied.

Dated: __4/24/06__                        __[signature]__
                                          United States District / Magistrate Judge
                                          IT IS SO ORDERED
                                          Judge Phyllis J. Hamilton

**NOTICE TO COUNSEL:** *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

G-01 (08/02)                    SUBSTITUTION OF ATTORNEY                     G01

# PROOF OF SERVICE

I, the undersigned, hereby certify that I am over the age of 18 years, not a party to this action and my business address is 445 Bush Street, 6th Floor, San Francisco, CA 94108. On April 21, 2006, at 445 Bush Street, 6th Floor, San Francisco, CA 94108, I served the following document(s):

SUBSTITUTION OF ATTORNEY

on the party stated below by the following means of service:

X   **By First-Class Mail**: I caused such envelope, with first-class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. mail in San Francisco, California, for collection and mailing to the office of the addressee following ordinary business practices.

__   **By Personal Service**: I caused each such envelope to be hand delivered to the below-referenced attorneys of record.

__   **By Overnight Courier**: I caused each such envelope to be placed in a sealed package designated by Federal Express and depositing same in an overnight express receptacle maintained by Federal Express, located in San Francisco, California with delivery fees provided for, with instructions to be hand delivered to the office of the addressee on the next business day.

X   **By Facsimile**: Fax Number:

Addressee(s):

Peter L. Simon
Beyers Costin
200 4th Street, Suite 400
P.O. Box 878
Santa Rosa, CA 945402-0878

Daniel Bell
6286 Joaquin Murieta #I
Newark, CA 94560

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on April 21, 2006.

_____
Jennifer Negrete, Declarant

-1-