PETER L. SIMON (Bar No. 178393)
STEVEN J. BLEASDELL (Bar No. 191522)
RICHARD C. O'HARE (Bar No. 167960)
BEYERS | COSTIN
200 Fourth Street, Ste. 400
Post Office Box 878
Santa Rosa, California 95402-0878
Telephone: (707) 547-2000
Facsimile: (707) 526-3672

Attorneys for Defendants
Carter Industries, Inc. and Adrian Steel Company


ELISE BALGLEY
BERNARD, BALGLEY & BONACCORSI
3900 Newpark Mall Road, 3rd Floor
Newark, CA 94560
Telephone: (510) 791-1888
Facsimile: (510) 791-8008

Attorneys for Plaintiffs
Daniel Bell and Jeanine Cottell, for Estate of Albert Cottell

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL BELL, ALBERT COTTELL,<br><br>         Plaintiffs,<br><br>vs.<br><br>CARTER INDUSTRIES, INC., a California corporation, ADRIAN STEEL COMPANY, a business entity of unknown form, and Does 1-50,<br><br>         Defendants. | CASE NO. C 05-3811 PJH<br><br>**STIPULATION TO REMOVE CASE FROM ADR PROGRAM AND TO CONTINUE DISCOVERY CUTOFF; [PROPOSED] ORDER** |

WHEREAS on February 9, 2006, the Court referred the parties to ADR for ENE to be completed within 90 days.

WHEREAS on April 21, 2006, during a teleconference with the appointed evaluator, counsel for Plaintiffs indicated that he was fired by his clients and that other counsel would substitute in shortly.

1

WHEREAS subsequent to the expiration of the 90 days for completion of ADR, the Court held a Case Management Conference at which time the Plaintiffs appeared in propia persona.

WHEREAS at the Case Management Conference the Court set a Discovery Cutoff date of October 4, 2006, a Dispositive Motion Filing Deadline of November 1, 2006, and a Hearing date for dispositive for December 6, 2006.

WHEREAS subsequent to the Case Management Conference, Elise Balgley, Esq. substituted in as counsel of record for the Plaintiffs.

WHEREAS the parties have agreed to attempt to resolve this dispute by way of private mediation.

WHEREBY and WHEREFORE the parties have agreed to the following procedure:

1. The parties will request that this Court extend the Discovery Cut-off Date until October 31, 2006 leaving the dispositive motion filing date and the dispositive motion hearing date unchanged.

2. The parties will mediate the matter before the Honorable M.O. Sabraw on October 12, 2006.

3. In the event the issues between them are not resolved at mediation on October 12, 2006, depositions of the parties will be taken on October 13, 2006 in or around San Francisco CA.

IT IS SO STIPULATED.

Dated: September 5, 2006

BEYERS | COSTIN

By: _____
PETER L. SIMON
Attorneys for Defendants
CARTER INDUSTRIES, INC. and
ADRIAN STEEL COMPANY

///

///

///

Dated: September 5, 2006      BERNARD, BALGLEY & BONACCORSI

By: *[signature]*
ELISE BALGLEY
Attorney for Plaintiffs
DANIEL BELL and ALBERT COTTELL

### ORDER

Based on the stipulation of the parties, it is hereby ordered that:

1. The case is removed from Early Neutral Evaluation program;
2. The Discovery Cut-off date is continued to October 31, 2006.
3. The parties shall mediate the case before the Honorable M.O. Sabraw on or about October 12, 2006.
4. In the event the parties do not resolve the matter through mediation, depositions of the parties shall commence on October 13, 2006.

Dated: 9/6/06

HONORABLE *[seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signature, Judge Phyllis J. Hamilton]*