PETER L. SIMON (Bar No. 178393)
RICHARD C. O'HARE (Bar No. 167960)
BEYERS | COSTIN
200 Fourth Street, Ste. 400
Post Office Box 878
Santa Rosa, California 95402-0878
Telephone: (707) 547-2000
Facsimile: (707) 526-3672

Attorneys for Defendants
Carter Industries, Inc. and Adrian Steel Company


ELISE BALGLEY
BERNARD, BALGLEY & BONACCORSI
3900 Newpark Mall Road, 3rd Floor
Newark, CA 94560
Telephone: (510) 791-1888
Facsimile: (510) 791-8008

Attorneys for Plaintiffs
Daniel Bell and Jeanine Cottell, for Estate of Albert Cottell


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL BELL, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>CARTER INDUSTRIES, INC., et al.,<br><br>　　　　　　　Defendants. | CASE NO. CV 05-3811 PJH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE DISMISSAL** |

The parties hereby request that this Court dismiss this matter, with prejudice. All parties agree that this matter shall be dismissed, with each party to bear their respective costs and fees.

Dated: November 15, 2006　　　　　　　BEYERS | COSTIN


By: _____/s/ Richard C. O'Hare_____
　　　RICHARD C. O'HARE
　　　Attorneys for Defendants

1

| | | |
|---|---|---|
| 1 | | CARTER INDUSTRIES, INC. and<br>ADRIAN STEEL COMPANY |
| 2 | | |
| 3 | Dated: November 15, 2006 | BERNARD, BALGLEY & BONACCORSI |

By: */s/ Elise Balgley*
ELISE BALGLEY
Attorney for Plaintiffs
DANIEL BELL and ALBERT COTTELL

### ORDER

IT IS SO ORDERED.

Dated: 11/20/06

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]*